**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7536**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

JAMES MICHAEL HARKUM,

    Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Frederick P. Stamp, Jr., Senior District Judge.  (1:03-cr-00047-FPS-RWT-2; 1:16-cv-00123-FPS-RWT)

Submitted:  August 27, 2019      Decided:  September 4, 2019

Before WILKINSON and NIEMEYER, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

James Michael Harkum, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Michael Harkum appeals the district court's order adopting the magistrate judge's recommendation and denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. *See United States v. Mathis*, _ F.3d _, _, No. 16-4633, 2019 WL 3437626, at *15-16 (4th Cir. July 31, 2019); *United States v. McNeal*, 818 F.3d 141, 152-53, 157 (4th Cir. 2016). Accordingly, we affirm substantially for the reasons stated by the district court. *United States v. Harkum*, Nos. 1:03-cr-00047-FPS-RWT-2; 1:16-cv-00123-FPS-RWT (N.D.W. Va. Sept. 21, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*